# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

AZURA, LLC,

    *Plaintiff*

v.

TRUE POS SOLUTIONS, INC., et al.,

    *Defendants*

and

TRUE POS SOLUTIONS, INC.,

    *Third-Party Plaintiff*

v.

BRAD OLIVER

    *Third-Party Defendant*,

and

TRUE POS SOLUTIONS, INC.,

    *Counter-Claimant*

v.

AZURA, LLC

    *Counter- Defendant.*

Case No. 1:23-CV-00217-JMB-RSK

HON. JANE M. BECKERING

## STIPULATION FOR PROPOSED ORDER REINSTATING CASE FOR ENTRY OF CONSENT JUDGMENT

The parties having entered into a Settlement Agreement and Defendants True POS Solutions, Inc. and Ephantus Githinji Mwangi having defaulted on the Settlement Agreement, and the parties having stipulated to reinstatement of the above-captioned case for the sole purpose of entry of the Consent Judgment and post-judgment proceedings:

**IT IS ORDERED** that the above-captioned action is reopened so that the Consent Judgment may be entered, and all post judgment proceedings may commence.

Dated:   March 1  , 2024

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge

Stipulated as to:

s/ Steven Benson
Steven M. Benson (CA #249225)
GLOBAL LEGAL LAW FIRM
Co-Counsel for Plaintiff/Counterclaim Defendant
Azura, LLC
322 Encinitas Blvd., Ste. 200
Encinitas, CA 92024
(888) 846-8901
sbenson@attorneygl.com

/s/ Christopher E. Nyenhuis
Christopher E. Nyenhuis (P80028)
HILGER HAMMOND
Counsel for Defendants True POS Solutions, Inc. and Ephantus Mwangi
220 Lyon Street NW, Suite 410
Grand Rapids, MI 49503
(616) 458-3600
cnyenhuis@hilgerhammond.com

4872-7122-7293, v. 1