# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

---

| | |
|---|---|
| **AZURA, LLC**, | Case No. 1:23-cv-217 |
| Plaintiff, | |
| v. | HON. Jane M. Beckering |
| **TRUE POS SOLUTIONS, INC. et al.**, | |
| Defendants. | |
| **TRUE POS SOLUTIONS, INC.**, | |
| Counterclaim Plaintiff, | |
| v. | |
| **AZURA, LLC**, | |
| Counterclaim Defendant. | |
| **TRUE POS SOLUTIONS, INC.**, | |
| Third-Party Plaintiff, | |
| v. | |
| **BRAD OLIVER**, | |
| Third-Party Defendant. | |

## CONSENT JUDGMENT

This matter is before the Court upon stipulation of the parties, and the Court being otherwise fully advised on the premises:

**IT IS HEREBY ORDERED** that judgment is entered in favor of Azura, LLC ("Azura"), against True POS Solutions, Inc. and Ephantus Mwangi (together, "Defendants") in the amount of $880,000.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction and venue for resolving

all claims and disputes arising out of or related to enforcement and/or collection of this Consent Judgment.  This case is closed.

**IT IS SO ORDERED.**

Dated: March 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jane M. Beckering
　　　　　　　　　　　　　　　　　　　　　　　JANE M. BECKERING
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge